# THOMAS V. MIKE MILLER, JR., P.A.

| | | |
|---|---|---|
| THOMAS V. MIKE MILLER, JR.<br>JOHN P. VALENTE, III<br>MELISSA A. MILLER<br>ADAM PERRELLI<br><br>*of Counsel*<br>PATRICIA A. McCARTHY<br>ANDREW B. CALABRESE | ATTORNEYS AT LAW<br>8808 OLD BRANCH AVENUE<br>P.O. BOX 219<br>CLINTON, MARYLAND 20735<br>301-856-3030<br>FAX: 301-856-4029 | 2960 PENWICK LANE<br>DUNKIRK, MARYLAND 20754<br>301-855-3100 • 410-257-0400<br>FAX: 301-855-8251<br><br>2200 DEFENSE HIGHWAY<br>SUITE 304<br>CROFTON, MARYLAND 21114<br>410-451-1777<br>FAX: 443-292-4614 |

May 31, 2013

Office of United States Attorney
6500 Cherrywood Lane
Greenbelt, MD 20770

    Re:    <u>United States v. Michael Waters</u>
            Case number 13-po-5234
            In the United States District Court for the District of Maryland

Dear Sir/Madam:

Please be advised that I represent Mr. Waters in the above-captioned matters. I would appreciate your forwarding discovery pursuant to the rules and consistent with your office's policy at your earliest convenience. Thank you for your cooperation in this matter.

                                  Yours very truly,

                                    Thomas V. Mike Miller, Jr.

TVMM:lr