UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
UNITED STATES MAGISTRATE JUDGE - GREENBELT, MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Case No. 13-po-5324 |
| | * | |
| MICHAEL A. WATERS | * | |
| | * | |
| | * | |
| | * | |
| Defendant | * | |

\* \* \*

ORDER OF COURT

TAKE NOTICE that the above entitled case has been rescheduled from July 25, 2013 to September 26, 2013 at 8:30 am. The proceeding will take place at U.S. District Court, 6500 Cherrywood Lane, Courtroom to be announced, Greenbelt, Maryland 20770.

Date: July 31, 2013                                /s/
                                                  _____
                                                  THOMAS DIGIROLAMO
                                                  United States Magistrate Judge